DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLENN BLACKLEDGE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2216

[November 24, 2021]

Appeal of an order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 99-018401CF10A.

Edward G. Salantrie of the Law Office of Edward G. Salantrie, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***